**DENY; and Opinion Filed June 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00732-CV

## IN RE STEPHEN AARON BERGENHOLTZ, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51444-2008**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its January 19, 2010 "Modified Final Decree of Divorce," to vacate all property division orders, including orders that were verbal only, that modified the October 20, 2009 "Final Decree of Divorce" and "Agreement Incident to Divorce," and to vacate its January 7, 2010 "Order on Motion for New Trial, Motion to Clarify or Alternatively Correct or Amend." The facts and issues are well-known to the parties so we do not recount them here. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relators' petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140732F.P05